1
 Geoffrey James Lewicke, Petitioner v. The People of the State of Colorado. Respondent No. 24SC390
Supreme Court of Colorado, En Banc
August 4, 2025
2
 
           Court
 of Appeals Case No. 22CA1377
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
           The
 judgment of the Colorado Court of Appeals is vacated, and the
 case is remanded to the Colorado Court of Appeals for
 reconsideration in light of Johnson v. People,
 23SC525, 2025 CO 29; Tennyson v. People, 23SC168,
 2025 CO 31; and Snow v. People, 23SC775, 2025 CO 32.
 EN BANC.